UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PRITISH MADHAVAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UR JADDOU, et al., <br><br> Defendants. | C22-933 TSZ <br><br> MINUTE ORDER |

THIS MATTER comes before the Court upon a class action complaint in the nature of mandamus concerning I-485 Applications to Register Permanent Residence or Adjust Status.

To facilitate entry of an appropriate scheduling order in this matter, and pursuant to Fed. R. Civ. P. 16 and Local Rule CR 16, counsel are directed to confer and to file a JOINT STATUS REPORT by **September 6, 2022**. The conference among counsel shall be by direct and personal communication, whether via face-to-face meeting or telephonic conference. The Joint Status Report must contain the following information by corresponding paragraph numbers:

MINUTE ORDER - 1

1.       A concise statement of the positions of the parties concerning the relief requested in the complaint.

2.       The parties' positions on whether this proceeding is exempt from the initial disclosure requirements of Fed. R. Civ. P. 26(a)(1)(A) and the initial conference requirements of Fed. R. Civ. P. 26(f).  *See* Fed. R. Civ. P. 26(a)(1)(B)(i).

3.       Whether discovery related to class certification issues is necessary in this case, including the date by which discovery related to class certification issues can be completed.

4.       A summary of the procedural posture of the case and/or the status of the proceedings before the federal agency at issue, including whether final agency action has occurred or is expected to occur in the near future.

5.       A proposed deadline for filing of the administrative record.

6.       A proposed deadline for filing of dispositive motions.

7.       An indication whether trial will be required in this matter and, if so, an indication (i) when the matter will be ready for trial; (ii) whether such trial will be jury or non-jury; and (iii) how long such trial is anticipated to take.

8.       An indication whether the parties agree that a full-time Magistrate Judge may conduct all proceedings, including trial and the entry of judgment, under 28 U.S.C. § 636(c) and Local Rule MJR 13.  The Magistrate Judge who will be assigned the case is the Honorable Michelle L. Peterson.  Agreement in the Joint Status Report will constitute the parties' consent to referral of the case to the assigned Magistrate Judge.

9. An indication whether any party wishes a scheduling conference before a scheduling order is entered in this case.  If the parties are unable to agree on any part of the Joint Status Report, they may answer in separate paragraphs.  **No separate reports are to be filed.**

The time for filing the Joint Status Report may be extended only by court order.  Any request for extension should be made by telephone to chambers.  If the parties wish to have a status conference with the Court at any time during the pendency of this action, they should contact chambers.  Finally, if this matter is resolved by further agency action or settled, the parties shall immediately notify chambers.  Chambers may be reached at 206-370-8830.

This Minute Order is issued at the outset of the case, and a copy is sent by the Clerk to counsel for plaintiff and any defendants who have appeared.  Plaintiff's counsel is directed to serve copies of this Minute Order on all parties who appear after this Minute Order is filed, within fourteen (14) days of receipt of service of each appearance.  Plaintiff's counsel will be responsible for starting the communications needed to comply with this Minute Order.

Failure by any party to fully comply with this Minute Order may result in the imposition of sanctions, including dismissal of the case.

IT IS SO ORDERED.

MINUTE ORDER - 3

1  Dated this 8th day of July, 2022.

2

3                                                      Ravi Subramanian
                                                       Clerk
4
                                                       s/Gail Glass
5                                                      Deputy Clerk

MINUTE ORDER - 4