District Judge Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PRITISH MADHAVAN, *et al.*, | No. 2:22-cv-933-TSZ |
| Plaintiffs, | STIPULATED MOTION FOR EXTENSION OF DEADLINES |
| v. | |
| UR JADDOU, Director of the U.S. Citizenship and Immigration Services; ANTHONY J. BLINKEN, Secretary of the U.S. Department of State, | |
| Defendants. | |

The parties, by and through counsel of record, pursuant to Federal Rule of Civil Procedure 6(b) and Local Rules 7(l), and 10(g), jointly stipulate and move for a one-week extension of the noting dates and the submission of Plaintiffs' reply briefs for their Motion for a Preliminary Injunction/Summary Judgment (Dkt. No. 15) and Motion for Class Certification (Dkt. No. 16). The parties further stipulate and move for a two-week extension to Defendants' time to respond to the Complaint. For good cause, the parties request that the deadlines be extended until September 16, 2022, and September 27, 2022, respectively.

A court may modify a deadline for good cause. Fed. R. Civ. P. 6(b). Continuing pretrial

STIPULATED MOTION FOR EXTENSIONS           - 1            UNITED STATES ATTORNEY
(22-cv-0933-TSZ)                                                                          700 STEWART STREET, SUITE 5220
                                                                                                         SEATTLE, WASHINGTON 98101
                                                                                                                (206) 553-7970

and trial dates is within the discretion of the trial judge. *See King v. State of California*, 784 F.2d 910, 912 (9th Cir. 1986). The parties are discussing the potential resolution of this matter which, if reached, would eliminate the need for additional judicial intervention. However, the parties require additional time to do so.

To provide the parties with sufficient time to confer, the parties request the following short extensions:

| **Deadline** | **Current Date** | **New Date** |
| --- | --- | --- |
| Noting Date/ Plaintiffs' Reply Briefs for Dkt. Nos. 15, 16 | September 9, 2022 | September 16, 2022 |
| Defendants' Response to the Complaint | September 13, 2022 | September 27, 2022 |

Dated: September 9, 2022                                                      Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

 *s/Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone:  206-428-3824
Email:  michelle.lambert@usdoj.gov

*Attorneys for Defendants*


*/s/ Kripa Upadhyay*
KRIPA UPADHYAY, WSBA #40063
Orbit Law, PLLC
2459 152nd Ave. NE, Suite 17-2459
Redmond, WA 98052
Kripa@orbitlawpllc.com
(206) 623-3352

STIPULATED MOTION FOR EXTENSIONS          - 2
 (22-cv-0933-TSZ)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

*s/Charles H. Kuck*
CHARLES H. KUCK, GSBA #40063
Kuck Baxter Immigration, LLC
365 Northridge Rd, Suite 300
Atlanta, GA 30350
ckuck@immigration.net
(404) 816-8611
Pro Hac Vice

*s/Jonathan Wasden*
JONATHAN WASDEN, PBA 199563
Wasden, Bless & Forney, LLC
3675 Market St., Suite 200
Philadelphia, PA 19104
jon@wbf-law.com
(267) 244-8244
Pro Hac Vice

*s/Aaron Hall*
AARON HALL; CBA #40376
Joseph & Hall, P.C.
12203 E. Second Ave.
Aurora, CO 80011
aaron@immigrationissues.com
(303) 297-9171
Pro Hac Vice

*Attorneys for Plaintiffs*

STIPULATED MOTION FOR EXTENSIONS      - 3
(22-cv-0933-TSZ)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

The stipulated motion for extension (Dkt. No. 22) is GRANTED, and Plaintiffs' motions for summary judgment (Dkt. No. 15) and class certification (Dkt. No. 16) are RENOTED for September 16, 2022.  Defendants' response to the complaint is due on or before September 27, 2022.  It is so **ORDERED**.

DATED this 9th day of September, 2022.

*Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

STIPULATED MOTION FOR EXTENSIONS       - 4
 (22-cv-0933-TSZ)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970