**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| PRITISH MADHAVAN, *et al.*, <br><br>   Plaintiffs, <br><br> v. <br><br> UR JADDOU, Director of the U.S. Citizenship and Immigration Services, *et al.*, <br><br>   Defendants. | Civil Action No.: 2:22-cv-00933-TSZ |

**PLAINTIFFS' UNOPPOSED MOTION TO WITHDRAW MOTIONS FOR PRELIMINARY INJUNCTION AND FOR CLASS CERTIFICATION WITHOUT PREJUDICE**

Plaintiffs move the Court to withdraw the pending motions for summary judgment or preliminary injunction in the alternative, ECF No. 15, and for class certification, ECF No. 16, without prejudice. Plaintiffs brought this action on July 6, 2022. ECF No. 1. They filed their amended complaint on July 29, 2022. ECF No. 14. The motions for summary judgment or preliminary injunction in the alternative and for class certification ("the Motions") were filed on August 6, 2022. Defendants filed their oppositions to the Motions on September 6, 2022. ECF Nos. 18 & 21. The Motions have a noting date of September 16, 2022. ECF No. 23.

Following the filing date of the Motions, Defendants have represented that they had issued the statutory maximum of visas for Fiscal Year 2022. Given the changed facts, Plaintiffs have determined that the relief sought in the Motions is no longer viable at this juncture. Plaintiffs therefore request that the Court allow the Motions to be considered withdrawn without prejudice. Following the withdrawal of the Motions, Plaintiffs continue to pursue viable relief in their amended complaint including claims for relief under the Administrative Procedure Act based on unreasonable delay. Defendants' response to the complaint is currently due on September 27, 2022. ECF No. 23.

Counsel for Plaintiffs conferred with counsel for Defendants regarding this motion. Counsel for Defendants indicated that Defendants have no opposition to this motion.

Respectfully submitted this 16th day of September, 2022,

PLAINTIFFS' MOTION TO WITHDRAW MOTIONS FOR PRELIMINARY INJUNCTION AND FOR CLASS CERTIFICATION WITHOUT PREJUDICE - 2

Orbit Law, PLLC
2459 152nd Ave. NE, Ste. 17-2459
Redmond, WA 98052
(206) 623-3352

/s/ Kripa Upadhyay
KRIPA UPADHYAY
Orbit Law, PLLC
2459 152nd Ave. NE, Suite 17-2459
Redmond, WA 98052
Kripa@orbitlawpllc.com
(206) 623-3352

CHARLES H. KUCK
Kuck Baxter Immigration, LLC
365 Northridge Rd, Suite 300
Atlanta, GA 30350
ckuck@immigration.net
(404) 816-8611
*Pro Hac Vice*

/s/ Aaron Hall
AARON HALL
Joseph & Hall, P.C.
12203 E. Second Ave.
Aurora, CO 80011
aaron@immigrationissues.com
(303) 297-9171
*Pro Hac Vice*

JONATHAN WASDEN
Wasden, Bless & Forney, LLC
3675 Market St., Suite 200
Philadelphia, PA 19104
jon@wbf-law.com
(267) 244-8244
*Pro Hac Vice*

Attorneys for the Plaintiffs

**ORDER**

Plaintiffs' motions (ECF Nos. 15 & 16) are withdrawn without prejudice. It is so **ORDERED**.

DATED this 16th day of September, 2022.

*Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

PLAINTIFFS' MOTION TO WITHDRAW MOTIONS FOR PRELIMINARY INJUNCTION AND FOR CLASS CERTIFICATION WITHOUT PREJUDICE - 4

Orbit Law, PLLC
2459 152nd Ave. NE, Ste. 17-2459
Redmond, WA 98052
(206) 623-3352